1 | ERIC S. WAXMAN  (CAL. BAR NO. 106649)
2 | THOMAS E. HAROLDSON  (CAL. BAR NO. 250136)
  | KEVIN D. LLOYD (CAL. BAR NO. 242863)
3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
  | 300 South Grand Avenue
4 | Los Angeles, California 90071-3144
  | Telephone:  (213) 687-5000
  | Facsimile:   (213) 687-5600
5 |
6 | Attorneys for Defendants
  | Tremont Partners, Inc., Tremont Group
7 | Holdings Inc., Robert Schulman,
  | James V. Mitchell, Harry Hodges, and
  | Darren Johnston
8 |

9 |                    UNITED STATES DISTRICT COURT

10 |               NORTHERN DISTRICT OF CALIFORNIA

11 | LAKEVIEW INVESTMENTS, LP, on          )   Case No. CV-11-1025-EMC
    | Behalf of Itself and All Other Similarly )
12 | Situated Individuals and Entities        )
    | Located in California,                    )
13 |                                            )
    |                          Plaintiffs,      )   JOINT STIPULATION SETTING A
14 |                                            )   SCHEDULE FOR PRELIMINARY
    |                 v.                         )   BRIEFING AND STAYING
15 |                                            )   DEFENDANTS' RESPONSE TO THE
    | ROBERT SCHULMAN, JAMES V.              )   COMPLAINT AND [PROPOSED]
16 | MITCHELL, HARRY HODGES,                 )   ORDER
    | DARREN JOHNSTON, STUART                )
17 | POLOGE, PATRICK KELLY,                   )
    | TREMONT PARTNERS, INC.,                )
18 | TREMONT GROUP HOLDINGS INC.,          )
    | RYE SELECT BROAD MARKET XL           )
19 | FUND, L.P., RYE SELECT BROAD           )
    | MARKET FUND, L.P f/k/a                   )
20 | AMERICAN MASTERS BROAD               )
    | MARKET FUND, L.P.,                        )
21 | MASSACHUSETTS MUTUAL LIFE            )
    | INSURANCE CO., OPPENHEIMER          )
22 | ACQUISITION CORP.,                        )
    | MASSMUTUAL LIFE INSURANCE          )
23 | CO., and DOES 1-50,                        )
    |                                            )
24 |                          Defendants.      )
    |                                            )
25 |                                            )
    |                                            )
26 |                                            )

27 |

28 |

---

JOINT STIPULATION AND [PROPOSED ORDER]

**STIPULATION**

This Stipulation is entered into by and between Plaintiff Lakeview Investment, LP ("Lakeview") and Defendants Tremont Partners, Inc., Tremont Group Holdings, Inc., Massachusetts Mutual Life Insurance Company, Oppenheimer Acquisition Corp., Inc., Rye Select Broad Market XL Fund, L.P., Rye Select Broad Market Fund, L.P f/k/a American Masters Broad Market Fund, L.P., Robert Schulman, James V. Mitchell, Harry Hodges, Darren Johnston (collectively, "Defendants").

WHEREAS, On December 10, 2011, Plaintiff filed its Complaint in the Superior Court of the State of California, County of Marin ("Superior Court"), under Index No. CIV1006488 (the "State Court Action") naming six individuals and six financial services firms as Defendants;

WHEREAS, On March 4, 2011, Defendants (with the consent of unserved defendants Stuart Pologe and Patrick Kelly) removed this action to this Court on the grounds that this action is precluded by the Securities Litigation Uniform Standard Act of 1998 ("SLUSA"), 15 U.S.C. § 78bb et seq;

WHEREAS, the parties desire to resolve Plaintiff's forthcoming motion to remand prior to briefing substantive issues concerning the pleadings;

NOW, THEREFORE, the parties, through their undersigned counsel, stipulate and agree as follows, subject to the Court's approval:

The parties propose that the Court stay Defendants' obligation to respond to the Complaint, including motions challenging the sufficiency of the complaint and personal jurisdiction over the defendants in the State of California, until after the Court has ruled on the motion to remand.  The parties further propose that the Court adopt the following schedule for preliminary briefing:

- •    April 11, 2011 – Plaintiff's files remand and related motion papers
- •    May 2, 2011 – Opposition briefs due
- •    May 9, 2011 – Reply briefs due

1    • Monday May 23, 2011, 9:30 a.m. (or on such date thereafter as

2  convenient to the Court) – Hearing on motions filed on the schedule set forth above

3    The signing of this Stipulation is not a waiver of personal jurisdiction defenses

4  or a submission to personal jurisdiction within the State of California.  The signing

5  of this Stipulation is not intended and should not be construed as an acknowledgment

6  or admission concerning the merit of any claim or defense, or the existence of federal

7  jurisdiction in this action.

8    IT IS SO STIPULATED

9

10  DATED:  March _9_, 2011

11

12    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

13

14    By: _____Eric S. Waxman /KL_____
      Eric S. Waxman
      Attorneys for Defendants
15    Tremont Partners, Inc., Tremont Group Holdings Inc.,
      Robert Schulman, James V. Mitchell, Harry Hodges,
16    and Darren Johnston

17

18

19

20

21

22

23

24

25

26

27

28

2

DECHERT LLP
One Maritime Plaza
Suite 2300
San Francisco, CA 94111-3513
Telephone: (415) 262-4500
Facsimile: (415) 262-4555

By: _____

Matthew L. Larrabee (Cal. Bar No. 97147)
Attorneys for Defendant
Oppenheimer Acquisition Corp.


BINGHAM McCUTCHEN LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071-3106
Telephone:  (213) 680-6400
Facsimile:  (213) 680-6499

By: _____

Susan Hoffman (Cal. Bar No. 90496)
Attorneys for Defendant
Massachusetts Mutual Life Insurance Company


STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067-5052
Telephone:  (310) 734-3200
Facsimile:  (310) 734-3226

By: _____

Kirsten Hicks Spira (Cal. Bar No. 119885)
Attorneys for Defendant
Rye Select Broad Market Prime Fund, L.P. f/k/a Rye
Select Broad Market XL Fund, L.P., Rye Select Broad
Market Fund, L.P f/k/a American Masters Broad Market
Fund, L.P.

3

JOINT STIPULATION AND [PROPOSED ORDER]

DATED: March 9, 2011

S. BENJAMIN ROZWOOD
503 North Linden Drive
Beverly Hills, CA 90210
Telephone: (310) 246-1451

By: _____

S. Benjamin Rozwood (Cal. Bar No. 181474)
Attorney for Plaintiff

JOINT STIPULATION AND [PROPOSED ORDER]

# [PROPOSED] ORDER

The Court, having considered the above stipulation, and good cause appearing therefor, HEREBY ORDERS as follows:

1.     Defendants' obligation to answer the complaint, including filing motions challenging the sufficiency of the complaint and personal jurisdiction over the defendants in the State of California, shall be stayed until after the Court rules on Plaintiff's motion to remand.

2.     The briefing and hearing schedule for Plaintiff's motion to remand shall be as follows:

The Court adopts the following schedule for preliminary briefing:

- • April 11, 2011 – Plaintiff's files remand and related motion papers
- • May 2, 2011 – Opposition briefs due
- • ~~May 9, 2011 – Reply briefs due~~ Wednesday May 25, 2011 3:00 p.m.
- • ~~Monday May 23, 2011, 9:30 a.m.~~ (or on such date thereafter as convenient to the Court) – Hearing on motions filed on the schedule set forth above

IT IS SO ORDERED.

DATED: _____3/10_____, 2011

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

_____ d M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071

On March 9, 2011, I served the foregoing documents described as:

1) JOINT STIPULATION SETTING A SCHEDULE FOR PRELIMINARY BRIEFING AND STAYING DEFENDANTS' RESPONSE TO THE COMPLAINT AND [PROPOSED] ORDER

on the interested parties in this action by placing a true copy thereon enclosed in sealed envelopes addressed as follows:

SEE ATTACHED LIST

☒ **(E-SERVICE) (to registered parties)**

☒ **(BY FEDERAL EXPRESS – AS NOTED)**

☒ **(BY US MAIL – AS NOTED)** I am readily familiar with the firms' practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

☒ I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 9, 2011 at Los Angeles, California.

Al Chua
PRINT NAME                                          SIGNATURE

1
PROOF OF SERVICE

## Service List

| | |
|---|---|
| S. Benjamin Rozwod<br>503 N. Linden Drive<br>Beverly Hills, CA 90210<br>Telephone: (310) 246-1451<br><br>Attorney for Plaintiff Lakeview Investments, LP<br><br>[By FedEx and Mail] | Brian J. Robbins, Esq.<br>Robbins Umeda LLP<br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone:  (619) 525-3990<br>Facsimile:   (619) 525-3991<br>email: brobbins@robbinsumeda.com<br><br>Attorney for Plaintiff Lakeview Investments, LP<br><br>[By E-Service] |
| Susan L. Hoffman, Esq.<br>Karen Pazzani, Esq.<br>Bingham McCutchen LLP<br>355 S. Grand Ave., Suite 4400<br>Los Angeles, CA  90071<br>Telephone:  (213) 680-6400<br>Facsimile:    (213) 680-6499<br>email: susan.hoffman@bingham.com<br><br>Attorneys for Defendants Massachusetts Mutual Life Insurance Co. and MassMutual Holding Co.<br><br>[By E-Service] | Kirsten Hicks Spira<br>STEPTOE & JOHNSON LLP<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA 90067-5052<br>Telephone:  (310) 734-3200<br>Facsimile:  (310) 734-3226<br><br>Attorneys for Defendant Rye Select Broad Market Prime Fund, L.P. f/k/a Rye Select Broad Market XL Fund, L.P., Rye Select Broad Market Fund, L.P f/k/a American Masters Broad Market Fund, L.P.<br><br>[By Mail] |
| Matthew L. Larrabee, Esq.<br>Dechert LLP<br>One Maritime Plaza, Suite 2300<br>San Francisco, CA  94111-3513<br>Telephone:  (415) 262-4500<br>Facsimile:    (415) 262-4555<br>email:matthew.larrabee@dechert.com<br><br>[By Mail] | |

2

PROOF OF SERVICE